UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------X
JOSEPH R. CARAVELLO,

                Plaintiff,

            -against-

UNITED PARCEL SERVICE,

                Defendant.
------------------------------------------------------X
FEUERSTEIN, District Judge:

**ORDER**
12-CV-4075(SJF)(ETB)

FILED
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ OCT 11 2012 ★

LONG ISLAND OFFICE

On August 14, 2012, *pro se* plaintiff Joseph R. Caravello ("plaintiff") commenced this employment discrimination action against defendant, United Parcel Service, ("defendant"), pursuant to, *inter alia*, the Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the ADA Amendments Act of 2008, Pub. L. No. 110-325 and the Civil Rights Act of 1991, Pub. L. No. 102-166), accompanied by an application to proceed *in forma pauperis*. Plaintiff's financial status, as set forth in his declaration in support of his application to proceed *in forma pauperis*, qualifies him to commence this action without prepayment of the filing fees. See 28 U.S.C. § 1915(a)(1). Accordingly, plaintiff's application to proceed *in forma pauperis* is granted.

The Clerk of Court is directed to forward copies of the summons, complaint and this Order to the United States Marshal Service for service upon the defendant without prepayment of fees, and to serve notice of entry of this Order in accordance with Rule 77(d)(1) of the Federal Rules of Civil Procedure by mailing a copy of this Order to the *pro se* plaintiff at his last known address, *see* Fed. R. Civ. P. 5(b)(2)(c).

**SO ORDERED.**

                                      s/ Sandra J. Feuerstein
                                      _____
                                      Sandra J. Feuerstein
                                      United States District Judge

Dated: October 11, 2012
       Central Islip, New York